Rider et vir *v.* Stotesbury, Appellant.

Argued November 16, 1973. *Dennis St. J. Mulvihill*, with him *Wayman, Irvin, Trushel & McAuley*, for appellant; *Clyde T. MacVay*, with him *Evans, Ivory & Evans*, for appellees.

Order affirmed.

SPAULDING, J., absent.